COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER AND NOTICE

Appellate case name:        Jeannie Lee v. Kin K. Lee

Appellate case number:      01-14-00441-CV

Trial court case number:    356017

Trial court:                County Court at Law No. 7 of Bexar County

Appellant, Jeannie Lee, appeals from a trial court judgment, signed on March 27, 2014. The reporter's record was due to be filed in this Court by August 25, 2014. On September 30, 2014, the Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested a reporter's record or paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). We further notified appellant that unless she provided written evidence that she had paid, or made arrangements to pay, for the reporter's record, or provided proof that she is entitled to proceed without payment of costs by November 3, 2014, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). On November 3, 2014, court reporter Liche M. Cavazos filed a request to extend the time to file a reporter's record, which this Court granted.

On December 3, 2014, court reporter Kay Counseller filed volume three of a five-volume reporter's record. However, on December 8, 2014, court reporter Liche M. Cavazos notified the Clerk of this Court that "the record is complete" but she is "awaiting final payment" from appellant. *See* TEX. R. APP. P. 35.3(b)(3).

Accordingly, appellant is directed to submit written evidence that she has paid, or made arrangements to pay, the final fee for preparation of the court reporter's record **no later than 14 days from the date of this order.** *See* TEX. R. APP. P. 35.3(c).  If appellant believes that she is exempt from paying the reporter's fee, appellant should file a detailed explanation by that date. *See* TEX. R. APP. P. 20.1. Unless appellant provides written evidence from the court reporter showing that the fee has been paid, arrangements to pay the fee have been made, or proof that she is entitled to proceed without payment of costs by the deadline, the Court may require appellant to file her brief and may consider and

decide the appeal on the record filed in this Court. *See Aldous v. Bruss*, 440 S.W.3d 90, 91 (Tex. App.—Houston [14th Dist.] 2012, no pet.) (noting that, as general rule, appellant pays cost to prepare appellate record).

It is so ORDERED.


Judge's signature: /s/ Terry Jennings

☒ Acting individually    ☐ Acting for the Court

Date: January 8, 2015